UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MAIGA HRALIMA, | ) | |
| Plaintiff, | ) | |
| | ) | 3:11-cv-00572-RCJ-WGC |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL L. DOUGLAS, *et al.*, | ) | |
| Defendants. | ) | |

Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. On November 16, 2011, the court issued an order denying plaintiff's application to proceed *in forma pauperis* because plaintiff failed to attached a statement of his inmate trust fund account for the six months prior to the filing of his application. (ECF No. 6.) The court allowed plaintiff thirty days to either pay the full filing fee of $350.00 or file a fully completed application to proceed *in forma pauperis*. (*Id.*)

Instead of choosing one of the two options presented by the court in its November 16, 2011 order, plaintiff submitted to the court a partial filing fee in the amount of $20.66. (ECF No. 8.) Based on plaintiff's actions, it appears that he intends to proceed *in forma pauperis* in this action. However,

in order to do so, plaintiff must provide the court with a fully completed application to proceed *in forma pauperis* including both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

The court will grant plaintiff one final opportunity to do one of the following: (1) pay the full filing fee of $350.00, or (2) file a fully completed application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that plaintiff shall, within **thirty (30) days** from the date of entry of this order, do one of the following: (1) pay the full filing fee of $350.00, or (2) file a fully completed application to proceed *in forma pauperis,* on the correct form, including a financial certificate signed by an authorized prison or jail officer and a statement of his inmate trust fund account for the six months prior to the filing of his application.

**IT IS FURTHER ORDERED** that if plaintiff does not timely comply with this order, dismissal of this action may result.

**IT IS FURTHER ORDERED** that the clerk shall **SEND** plaintiff the approved form for an application to proceed *in forma pauperis* and instructions for the same.

**IT IS FURTHER ORDERED** that the clerk shall retain the civil rights complaint, but shall not file it at this time.

Dated this 31st day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE